IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS FRANCIS DEYO,<br>*Petitioner* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE PEOPLE OF THE<br>COMMONWEALTH OF<br>PENNAYLVANIA *et al.*,<br>*Respondents* | :<br>:<br>:<br>: | No. 23-2733 |

### ORDER

AND NOW, this 20th day of October, 2023, upon independent consideration of the Petition for Writ of *Habeas Corpus* filed by Petitioner Nicholas Francis Deyo (Doc. No. 1) and U.S. Magistrate Judge Pamela A. Carlos's Report & Recommendation (Doc. No. 7) (the "R&R"), to which no objections were filed, it is **ORDERED** that:

1. The R&R (Doc. No. 7) is **APPROVED** and **ADOPTED**.[1]

2. The Petition for Writ of *Habeas Corpus* (Doc. No. 1) is **SUMMARILY DISMISSED without prejudice**.

3. There is no probable cause to issue a certificate of appealability.[2]

---

[1] The R&R adequately addresses that Mr. Deyo has not exhausted available state court remedies or presented any "extraordinary circumstances" necessary to excuse the exhaustion requirement for a pretrial habeas petition as required under *Moore v. DeYoung*, 515 F.2d 437 (3d Cir. 1975). Mr. Deyo did not file objections to the R&R, and the time for objections expired on September 13, 2023.

[2] A certificate of appealability may issue only upon "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A petitioner must "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Lambert v. Blackwell*, 387 F.3d 210, 230 (3d Cir. 2004). The Court concludes that U.S. Magistrate Judge Carlos is correct there is no probable cause to issue such a certificate in this action.

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE
